IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:10-cv-00122-FDW-DSC

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEXSEN PRUET, LLC, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE** |

**THIS MATTER** is before the Court on "Application for Admission to Practice Pro Hac Vice [of Robert E. Stepp, Thornwell F. Sowell, and Elizabeth Van Doren Gray]" (documents ##8, 9 and 10) filed April 7, 2010. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: April 12, 2010

David S. Cayer
United States Magistrate Judge

{00176640 v 1}