# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:10-cv-00122-FDW-DSC

| | | |
|---|---|---|
| WESTPORT INSURANCE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NEXSEN PRUET, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. (Doc. No. 28). Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by November 25, 2010. All pending motions are TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before November 25, 2010.

IT IS SO ORDERED.

Signed: October 26, 2010

Frank D. Whitney
United States District Judge